RICHTER *v.* JORDAN, recorder.

ATKINSON, Justice. 1. "Citizens and taxpayers have not such interest as will authorize them to maintain a petition for the writ of prohibition to prevent the jury commissioners of the county from revising jury-lists and making up jury-boxes as provided in the Penal Code, § 816 et seq., and § 820 et seq. State of Washington ex rel. Hanna *v.* Main, 62 Wash. 242 (113 Pac. 632, 34 L. R. A. (N. S.) 255) ; *Mealing* v. *Augusta, Dudley,* 221; 32 Cyc. 622." *Teem* v. *Cox,* 148 *Ga.* 175 (96 S. E. 131). See *Stephens* v. *Dublin &c. Bank,* 147 *Ga.* 62 (92 S. E. 871). The foregoing principle is applicable to a case where a plaintiff is a citizen and taxpayer and also is an attorney at law practicing in the recorder's court in the City of Savannah.

(a) In the instant case the plaintiff as a citizen and attorney at law did not have such interest as would entitle him to the writ of prohibition to prevent the recorder from exercising jurisdiction as prescribed in the statute. See, in this connection, 50 C. J. 693, § 88; 22 R. C. L. 7, § 6.

(b) The foregoing is controlling in the instant case, whether or not the plaintiff had another remedy at law, and whether or not he could raise a constitutional question in a proceeding for the writ of prohibition, as referred to in *Buie* v. *Buie,* 175 *Ga.* 27 (2) (165 S. E. 15).

2. The judge did not err in sustaining the demurrer to the petition, and in dismissing the case.

*Judgment affirmed. All the Justices concur, except Russell, C. J., who dissents, and Beck, P. J., and Bell, J., absent because of illness.*

No. 11902. SEPTEMBER 14, 1937.

684

*George H. Richter,* for plaintiff. *Hesler & Clark,* for defendant.